FILED
U.S. DISTRICT COURT
UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

2002 JAN 29 A 9: 47

| | | |
|---|---|---|
| NATIONAL CAPITAL ADMINISTRATIVE SERVICES | : | |
| Plaintiffs | : | ...DEPUTY |
| v. | : | Case No.: L-01-CV4191 |
| CARMEN PINKERT | : | |
| Defendants | : | |

### ORDER

This matter comes on for consideration of Defendant's Motion for Extension of Time. The Court, having studied the motion and being fully advised in it premises, finds the motion well-taken and grants same.

**WHEREFORE**, Defendant shall have an additional thirty (30) days, until February 25, 2002, within which to answer or otherwise defend against the complaint in this action.

SO ORDERED this 27TH day of January, 2002.

_____
U. S. District Judge

Copies to:

Edward L. Norwind, Esquire
Annie P. Kaplan, Esquire
Karp, Frosh, Lapidus, Wigodsky & Norwind
1370 Piccard Drive, Suite 290
Rockville, Maryland 20850

Barton D. Moorstein, Esquire
Blank & Moorstein, L.L.P.
600 Jefferson Plaza, Suite 202
Rockville, Maryland 20852

