FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

'02 SEP 23 P 3:51

| | |
|---|---|
| NATIONAL CAPITAL ADMINISTRATIVE SERVICES ) ) ) ) Plaintiff ) ) v. ) Case No. L-01-CV4191 ) CARMEN PINKERT ) ) Defendant ) ) | |

### JOINT MOTION TO REQUEST EARLY SETTLEMENT/ADR CONFERENCE AND POSTPONE DISCOVERY

COMES NOW the Plaintiff, National Capital Administrative Services and the Defendant, Carmen Pinkert, in this matter, by and through their counsel, and make this Joint Motion to Request Early Settlement/ADR Conference and Postpone Discovery. Furthermore, pending mediation, the parties agree to, and request this Court to allow, postponement of discovery for sixty (60) days. In the event that the parties do not settle their dispute in ADR, there is unanimous consent to proceed before a United States Magistrate Judge.

WHEREFORE, the parties wish to stay discovery in this matter for sixty (60) days in order to mutually attempt resolution of the same.

APPROVED THIS 23rd DAY OF Sept. 2002

_____
BENSON EVERETT LEGG, U.S.D.J.

RESPECTFULLY SUBMITTED,

BLANK & MOORSTEIN, L.L.P.							KARP, FROSH, LAPIDUS, WIGODSKY
										& NORWIND, P.A.

*/s/ Barton D. Moorstein/*							*/s/ Edward L. Norwind/*
_____							_____
Barton D. Moorstein, Esq.							Edward L. Norwind, Esq.
Bar # 5239									Bar # 08858
600 Jefferson Plaza, #202							1370 Piccard Drive, #290
Rockville, Maryland 20852							Rockville, Maryland 20850
301-279-2200									301-948-3800
Attorney for Plaintiff								Attorney for Defendant


Dated:  September 19, 2002

LAW OFFICES
# BLANK & MOORSTEIN, L.L.P.
SUITE 202
600 JEFFERSON PLAZA
ROCKVILLE, MARYLAND 20852

ARNOLD BLANK
BARTON D. MOORSTEIN
STUART LIPSHUTZ

(301) 279-2200
FAX: (301) 279-7138

D.C. OFFICE
SUITE 710
1225 19TH STREET, N.W.
WASHINGTON, D.C. 20036

September 19, 2002

BY HAND

Honorable Benson Everett Legg
U.S. District Court for
the District of Maryland
101 West Lombard Street, 4th Floor
Baltimore, Maryland 21201

    Re:  National Capital Administrative
          Services v. Carmen D. Pinkert
          Case No. L01CV4191

Dear Judge Legg:

    Pursuant to the Scheduling Order entered in this matter on September 6, 2002, the parties report to you as follows:

1)    The parties believe that the Deposition hours for each side will not exceed ten (10) hours each;

2)    The parties unanimously consent to proceed before a United States Magistrate Judge.

    Contemporaneously, the parties have also filed a Joint Motion to Request Early Settlement/ADR Conference and Postpone Discovery, with a mediator to be chosen by the parties. Pending mediation, the parties have also requested that discovery be postponed.

    If you should have any questions regarding the enclosed, please do not hesitate to call undersigned counsel.

Very truly yours,

Barton D. Moorstein

BDM/lac
Enc: as stated