UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

September 23, 2002

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

MEMORANDUM TO COUNSEL RE:   National Capital Administrative Services
Carmen D. Pinkert
Civil #L-01-4191

Dear Counsel:

Pursuant to the parties' joint request of September 19, 2002, enclosed is a General Consent to Proceed before a United States Magistrate Judge. Once plaintiff's counsel has signed this Consent, it should be forwarded to the defendant's counsel and returned to me.

In the meantime, I have signed an Order referring this case to a United States Magistrate Judge for a settlement conference.

Very truly yours,

B. Legg

Benson Everett Legg

Enclosure

c:  ✓ Court file

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL CAPITAL                           *
ADMINISTRATIVE SERVICES
   Plaintiff                *
                    Civil Action No.: L-01-4191
  vs.                           *

CARMEN D. PINKERT                          *
   Defendant
            ******

## GENERAL CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

  In accordance with the provisions of Title 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.


_____  Date: _____


_____  Date: _____


## ORDER OF REFERENCE

  IT IS HEREBY **ORDERED** this _____ day of _____, 20_____, that the above-captioned matter be referred to United States Magistrate Judge _____, for all proceedings and the entry of judgment in accordance with Title 28 U.S.C. § 636(c) and the foregoing consent of the parties.


                       Benson Everett Legg
                       United States District Judge

U.S. District Court (Rev. 1/2000)